**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| IN RE:<br>LEWIS INTERNATIONAL, INC.<br><br>EQUIPMENT, LEWIS<br><br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-71030 MB<br><br>HONORABLE MANUEL BARBOSA |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE MANUEL BARBOSA
      BANKRUPTCY JUDGE

NOW COMES JOSEPH D. OLSEN, Trustee herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report in accordance with 11 U.S.C. §704(9).

1.   JOSEPH D. OLSEN was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 06/16/06. An order for relief under Chapter 7 was entered on 06/16/06. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.   The Trustee certifies that he/she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed as necessary and appropriate; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of December 3, 2007 is as follows:

    a. RECEIPTS (See Exhibit C)      35,945.42

    b. DISBURSEMENTS (See Exhibit C)      5,802.25

    c. NET CASH available for distribution      30,143.17

    d. TRUSTEE/PROFESSIONAL COSTS

        1. Trustee compensation requested (See Exhibit E.)      4,344.54

        2. Trustee Expenses (See Exhibit E.)      211.58

        3. Compensation requested by attorney or other professionals for trustee (See Exhibit F.)      2,945.00

        4. Estimated compensation and expense reimbursement request (See Exhibit F.)

5. The Bar Date for filing unsecured claims expired on 10/23/06.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (as necessary and appropriate, a copy of the Trustee's proposed distribution is attached as Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a. Allowed unpaid secured claims      0.00

    b. Chapter 7 administrative and 28 U.S.C. §1930 claims      7,501.12

    c. Allowed Chapter 11 administrative claims      0.00

    d. Allowed priority claims      0.00

    e. Allowed unsecured claims      41,090.38

7. Trustee proposes that unsecured creditors receive a distribution of 61.66% of allowed claims.

compensation and expenses previously awarded to counsel, accountant or other professional was $5,802.25. Professional's compensation and expense requested but not yet allowed is $2,945.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $2,945.00. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.      A fee of $3,500.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: 12/3/07

s/s Joseph D. Olsen
JOSEPH D. OLSEN
YALDEN, OLSEN & WILLETTE
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

Debtor ceased business before filing. The secured creditor had liquidated most of its collateral. However, the proceeds of its collateral were co-mingled in the Debtor's bank account with auction proceeds from the sale of vehicles which were unperfected. The Trustee was successful in objecting to their Motion for Relief from Stay and in pursuing an accounting with a secured creditor. Also, the Trustee discovered some life insurance cash surrender proceeds from the review of the tax returns. Finally, the Trustee hired the accountants and prepared the tax returns and objected to proof of claims.

## TASKS PERFORMED BY TRUSTEE

1. Preliminary review of Debtor's Petition, Statement of Affairs and Schedules prior to conduct of First Meeting of Creditors;

2. Examination of Debtor at First Meeting of Creditors, discovery of potential assets including;

    a.) Contest avoidability of security interest.

3. Conducted preliminary discovery with regard to the location and identity of the Debtor's underlying financial affairs;

4. Prepared all forms necessary for the administration of the estate including the estate property record, cash receipts and disbursements ledgers, employer identification number, opening of depository accounts, preparation of final and supplemental final reports;

5. Review of the Debtor's financial records with regard to other avoidable transfers or undisclosed assets;

6. Conferences with Trustee's attorneys regarding the progress of liquidation/recovery of estate assets;

7. Preliminary review of all correspondence and pleadings generated or received by the Trustee's attorneys;

8. Review of Proof of Claim document, preparation of memo re: preliminary grounds for objection to same;

9. Fielded all creditor inquiries regarding the administration of the estate.

(See time records attached.)

## Cash Receipts And Disbursements Record

**Case Number:** 06-71030 MB
**Case Name:** LEWIS INTERNATIONAL, INC.

**Taxpayer ID #:** 36-2685407
**Period Ending:** 12/03/07

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****22-66 - Checking Account
**Blanket Bond:** N/A
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/07 | | From Account #********2265 | Pay Acct fees per 7/30/07 Order | 9999-000 | 5,802.25 | | 5,802.25 |
| 08/01/07 | 101 | CLIFTON GUNDERSON, LLP | Pay Acct fees per 7/30/07 Ct. Order | 3410-000 | | 5,802.25 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,802.25 | 5,802.25 | $0.00 |
| | | | Less: Bank Transfers | | 5,802.25 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 5,802.25 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $5,802.25 | |

Net Receipts : 35,945.42
Net Estate : $35,945.42

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****22-65 | 35,945.42 | 0.00 | 30,143.17 |
| Checking # ***-*****22-66 | 0.00 | 5,802.25 | 0.00 |
| | $35,945.42 | $5,802.25 | $30,143.17 |

{} Asset reference(s)

Printed: 12/03/2007 08:25 AM    V.9.55

**Form 1**

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 06-71030 MB | Trustee: | (330400) JOSEPH D. OLSEN |
| --- | --- | --- | --- |
| Case Name: | LEWIS INTERNATIONAL, INC. | Filed (f) or Converted (c): | 06/16/06 (f) |
| | | §341(a) Meeting Date: | 07/20/06 |
| Period Ending: | 12/03/07 | Claims Bar Date: | 10/23/06 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking Account | 220,000.00 | Unknown | | 33,700.00 | FA |
| 2 | Accounts receivable | 237,627.15 | Unknown | DA | 0.00 | FA |
| 3 | CW 90 wheel loader | 29,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Insurance Policy (u) | 2,265.81 | 2,265.81 | | 1,983.50 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 261.92 | Unknown |
| 5 | Assets Totals (Excluding unknown values) | $488,892.96 | $2,265.81 | | $35,945.42 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee has administered all assets that need administering. Waiting on accountants to finish tax returns and will compensate accountants and file final report as soon as possible. Proof of claims have been reviewed and objected to.

**Initial Projected Date Of Final Report (TFR):** December 31, 2006      **Current Projected Date Of Final Report (TFR):** December 3, 2007 (Actual)

Printed: 12/03/2007 08:25 AM    V.9.55

## Form 2
### Cash Receipts And Disbursements Record

**Case Number:** 06-71030 MB
**Case Name:** LEWIS INTERNATIONAL, INC.

**Taxpayer ID #:** 36-2685407
**Period Ending:** 12/03/07

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****22-65 - Money Market Account
**Blanket Bond:** N/A
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/20/06 | {1} | First Midwest Bank | Turnover of bank account funds | 1121-000 | 33,700.00 | | 33,700.00 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.69 | | 33,703.69 |
| 10/31/06 | {4} | National Life Insurance Co. | Surrender of cash value of life insur. policy | 1229-000 | 1,983.50 | | 35,687.19 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 23.63 | | 35,710.82 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 23.47 | | 35,734.29 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 22.70 | | 35,756.99 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.84 | | 35,780.83 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.83 | | 35,798.66 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.11 | | 35,817.77 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.76 | | 35,837.53 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.77 | | 35,857.30 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.50 | | 35,875.80 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.33 | | 35,896.13 |
| 07/31/07 | | To Account #*********2266 | Pay Acct fees per 7/30/07 Order | 9999-000 | | 5,802.25 | 30,093.88 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.60 | | 30,110.48 |
| 09/14/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2007 FOR CASE #06-71030, Bond #016018067 Voided on 09/14/07 | 2300-003 | | 49.46 | 30,061.02 |
| 09/14/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2007 FOR CASE #06-71030, Bond #016018067 Voided: check issued on 09/14/07 | 2300-003 | | -49.46 | 30,110.48 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.00 | | 30,125.48 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.69 | | 30,143.17 |

**Subtotals:** $35,945.42  $5,802.25

{} Asset reference(s)

Printed: 12/03/2007 08:25 AM  V.9.55

**Form 2**
**Cash Receipts And Disbursements Record**

| Case Number: | 06-71030 MB | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|
| Case Name: | LEWIS INTERNATIONAL, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-****22-65 - Money Market Account |
| Taxpayer ID #: | 36-2685407 | Blanket Bond: | N/A |
| Period Ending: | 12/03/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>(Ref #) /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 35,945.42 | 5,802.25 | $30,143.17 |
| | | | Less: Bank Transfers | | 0.00 | 5,802.25 | |
| | | | Subtotal | | 35,945.42 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $35,945.42 | $0.00 | |

{} Asset reference(s)

# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>LEWIS INTERNATIONAL, INC.<br><br>EQUIPMENT, LEWIS<br><br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-71030 MB<br><br>HONORABLE MANUEL BARBOSA |

## DISTRIBUTION REPORT

I, JOSEPH D. OLSEN, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 7,501.12 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 22,642.05 |
| Tardily-Filed Unsecured Claims: | $ 0.00 |
| Fines, Penalties & Punitive Damages: | $ 0.00 |
| Post-Petition Interest: | $ 0.00 |
| Surplus to Debtor: | $ 0.00 |

**TOTAL AMOUNT TO BE DISTRIBUTED:**     $ 30,143.17

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | Secured Claims | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $7,501.12 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | Yalden, Olsen & Willette | 2,945.00 | 2,945.00 |
| | JOSEPH D. OLSEN | 4,344.54 | 4,344.54 |
| | JOSEPH D. OLSEN | 211.58 | 211.58 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
|  | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
|  | §507(a)(3) - Wages, salaries or commissions limited to $4,000.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
|  | §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
|  | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $1,800.00 | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b)(6) - Tax Liens | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $36,723.22 | 61.66% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | Pomp's Tire Service | 347.08 | 214.00 |
| 2 | Executive Data Control | 859.51 | 529.94 |
| 3 | Hydraulic Services & Repair | 304.40 | 187.68 |
| 4 | Grouser Products, Inc. | 322.16 | 198.63 |
| 5 | Meier Brothers Tire Supply, Inc. | 1,082.95 | 667.70 |
| 6 | Befco, Inc. | 544.66 | 335.82 |
| 7 | Burns Industrial | 162.45 | 100.16 |
| 8 | BH Shideler | 32,529.00 | 20,056.06 |
| 9 | Zarnoth Brush Works | 571.01 | 352.06 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $4,367.16 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 12 | Sentry Select Insurance | 1,183.03 | 0.00 |
| 13 | United Parce Service | 358.94 | 0.00 |
| 14 | Pitney Bowes Inc | 2,825.19 | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(5) - Interest | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant or barred from distribution.

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOW /WITHDRAW DESIGNATE |
|---|---|---|---|---|
| Secured | 10 | Alamo Sales Corp. PO Box 840341 Dallas, TX 75284- | $ 47,951.03 | No Distribution to Be made |
| Secured | 11 | First Midwest Bank Randall & Kenig LLP 455 City Front Plaza Attn: Scott H Kenig Esq Chicago, IL 60611- | $ 521,649.55 | No Distribution to Be made |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____12/3/07_____　　　　　　　　　　s/s  Joseph D. Olsen
　　　　　　　　　　　　　　　　　　　　　　JOSEPH D. OLSEN, Trustee