Case Name: LEWIS INTERNATIONAL, INC.
Case No:    06-71030

## **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated:3/7/08                        WILLIAM T. NEARY
                                    United States Trustee, Region 11


                            BY:    *Carole J. Ryczek*
                                   CAROLE J. RYCZEK
                                   Attorney for the U.S. Trustee