# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>LEWIS INTERNATIONAL, INC.<br><br>EQUIPMENT, LEWIS<br><br>Social Security/Employer Tax ID Number:<br>36-2685407<br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-71030 MB<br><br>HONORABLE  MANUEL BARBOSA |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on ___April 2, 2008___ at ___9:30___ a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 2,945.00 | |

| | | |
|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 4,344.54 |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 211.58 |

4. The Trustee's Final Report shows total:

    a. Receipts      $ 35,945.42

    b. Disbursements      $ 5,802.25

    c. Net Cash Available for Distribution      $ 30,143.17

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $22,642.05, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $36,723.22.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

_____12/3/07_____                 _s/s Joseph D. Olsen_____
DATE

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

Case 06-71030  Doc 44  Filed 03/11/08  Entered 03/14/08 00:04:09  Desc Imaged
Certificate of Service  Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: lorsmith                Page 1 of 2             Date Rcvd: Mar 11, 2008
Case: 06-71030                 Form ID: pdf002               Total Served: 75

The following entities were served by first class mail on Mar 13, 2008.
db         +Lewis International, Inc.,    800 W. Cathy,    Mount Prospect, IL 60056-3057
aty        +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty        +Joseph D. Olsen,,    Yalden, Olsen & Willette,    1318 East State Street,    Rockford, IL 61104-2228
aty        +Lester A Ottenheimer, III,    Ottenheimer Teplinsky & Rosenbloom, LLC,
             750 Lake Cook Rd - Ste 140,    Buffalo Grove, IL 60089-2071
tr         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
10780018   +Aflac,    Remittance Processing,    1932 Wynnton Road,    Columbus, GA 31999-0001
10780019    Airgas North Central,    PO Box 802558?,    Chicago, IL 60680
10780020   +Alamo Sales Corp.,    PO Box 840341,    Dallas, TX 75284-0341
10780021   +American Micro Truck,    9030 Premier Road,    Dallas, TX 75247-5406
10780022   +Aramark Uniform Service,    4200 S. Halsted, Suite 602,    Chicago, IL 60609-2635
10780023   +Associated Equipment Distributors,    615 W. 22nd Street,    Oak Brook, IL 60523-8807
10780024   +Attachment Technologies,    PO Box 444,    Pelican Rapids, MN 56572-0444
10859819   +BH Shideler,    IBM Credit LLC,    Two Lincoln Centre,    Oakbrook Terrace, IL 60181-4295
10780025   +Befco, Inc.,    PO Box 6036,    Rocky Mount, NC 27802-6036
10780026    Berlon Industries,    34 Rubicon Street,    Hustisford, WI 53034
10780027   +Briggs & Stratton Corp.,    12301 W Wirth Street,    Milwaukee, WI 53222-2110
10780028   +Burns Industrial,    W8622 Willis Way Road,    Whitewater, WI 53190-3800
10780029   +Central Service & Supply,    1701 SE Hulsizer Road,    Ankeny, IA 50021-3962
10780030   +Charlestown Power Equipment,    27 Eagle Way,    Chicago, IL 60678-0001
10780031   +Con-Way Central Express,    135 S. LaSalle, Dept. 2493,    Chicago, IL 60674-0001
10780032   +Darwin Lewis,    800 W. Cathy,    Mount Prospect, IL 60056-3057
10780033   +Decision One Corp.,    Dept. CH 14055,    Palatine, IL 60055-0001
10780034   +Digital Network Development,    2051 Ogden Avenue,    Downers Grove, IL 60515-2677
10780035    Dutchmaster Nurseries, Ltd.,    3735 Sideline, #16,    Ontario, Canada LO8 1A0
10780036   +Esoft, Inc.,    295 Interlocken Blvd., Suite 500,    Broomfield, CO 80021-8002
10780037   +Eureka Chemical Company,    PO Box 2205,    South San Francisco, CA 94083-2205
10780038   +Executive Data Control,    PO Box 6410,    Springfield, MO 65801-6410
10780039   +Federal Express,    Federal Express Recovery Dept.,    PO Box 94515,    Palatine, IL 60094-4515
10780040   +First Midwest Bank,    Randall & Kenig LLP,    455 City Front Plaza Drive Suite 2510,
             Attn: Scott H Kenig Esq,    Chicago, IL 60611-5323
10780041    Gordon Bannerman, Ltd.,    1 Kelfield Street,    M9W 5A3,    Ontario, Canada
10780042   +Grouser Products, Inc.,    755 Second Avenue NW,    West Fargo, ND 58078-1113
10780043   +Hinckley Springs Water Company,    PO Box 530578,    Atlanta, GA 30353-0578
10780044   +Howard Price Turf Equipment,    18155 Edison Avenue,    Chesterfield, MO 63005-3798
10780045   +Hydraulic Services & Repair,    PO Box 752,    7502 Mayo Court,    Spring Grove, IL 60081-7905
10811298   +IBM Corporation,    Beverly H Shideler, BS8399,    Two Lincoln Center,
             Oakbrook Terrace, IL 60181-4295
10780046   +Ice Mountain Spring Water,    Processing Center,    PO Box 52214,    Phoenix, AZ 85072-2214
10780047   +Independent Retail Group,    PO Box 73417-N,    Cleveland, OH 44193-1115
10780048   +Lake Auto Supply,    PO Box 535,    Crystal Lake, IL 60039-0535
10780049   +Leach Enterprises, Inc.,    4304 Route 176,    Crystal Lake, IL 60014-3799
10780050    Loftness/US Attachments,    NW 5162,    PO Box 1450,    Minneapolis, MN
10780051    McCann Industries,    38951 Eagle Way,    Chicago, IL
10780054   +Meier Brothers Tire Supply, Inc.,    PO Box 236,    Ashkum, IL 60911-0236
10780052   +Midwest Engine Warehouse,    4025 Payshere Cr.,    Chicago, IL 60674-0040
10780053   +Midwest Equipment Dealers Assn.,    PO Box 44364,    Madison, WI 53744-4364
10780055   +Nagata Technology, Inc.,    400 Lively Blvd.,    Elk Grove Village, IL 60007-2012
10780056   +National Life Insurance Company,    19 S. LaSalle St., Suite 701,    Chicago, IL 60603-1431
10780057    New Holland Credit Co., LLC,    PO Box 2046,    Carol Stream, IL
10780060   +Northwest Auto,    1312 Riverside Drive,    McHenry, IL 60050-4510
10780061   +Nykel Carlin & Company, Ltd.,    1300 Woodfield Rd.,    Schaumburg, IL 60173-6075
10780062   +Office Depot Credit Plan,    PO Box 689020,    Des Moines, IA 50368-9020
10780063   +Onvia,    1260 Mercer Street,    Seattle, WA 98109-5577
10780064   +Otter Sales & Service, Inc.,    PO Box 338,    Burlington, WI 53105-0338
10780066    PFW Systems Corp.,    850 Medway Park Court,    London, Ontario, Canada
10780065   +Payline West, Inc.,    420 Nolen Drive,    South Elgin, IL 60177-2238
11501369   +Pitney Bowes Inc,    27 Waterview Dr,    Shelton CT 06484-4361
10780067   +Pomp's Tire Service,    PO Box 1630,    Green Bay, WI 54305-1630
10780068   +Popp Telcomm, Inc.,    PO Box 27110,    Golden Valley, MN 55427-0110
10780069   +R A Adams Enterprises,    2600 W. Route 120,    McHenry, IL 60051-4563
10780070   +Real's Tire Service,    PO Box 439,    South Elgin, IL 60177-0439
10780071   +SBC,    Bill Payment Center,    Chicago, IL 60663-0001
10793572   +Scott H Kenig,    Randall & Kenig LLP,    455 North Cityfront Plaza, Suite 2510,
             Chicago, IL 60611-5323
10977261   +Sentry Select Insurance,    c/o Premium Services Accounting,    1800 North Point Drive,
             Stevens Point WI 54481-1283
10780072   +Sims,    135 S. LaSalle Street, Dept. 6292,    Chicago, IL 60674-0001
10780073   +Snow Wolf,    6022 Pillsbury Avenue S.,    Minneapolis, MN 55419-2329
10780075   +TDS Metrocom,    PO Box 1025,    Monroe, WI 53566-8125
10780074   +Tameling Equipment Sales,    8 S 365 Madison Street,    Willowbrook, IL 60527-1632
10780076    The Toro Company,    36333 Treasury Center,    Chicago, IL
10780077   +Town & Country Power, Inc.,    29626 N Highway 12,    Wauconda, IL 60084-3127
10985433   +United Parce Service,    c/o Receivable Mgmt Svcs,    POB 4396,    Timonium MD 21094-4396
10780078   +United Parcel Service,    Lock Box 577,    Carol Stream, IL 60132-0001
10780079   +Valvoline Express Care,    1700 E Euclid,    Mount Prospect, IL 60056-1564
10836211   +William Kent Carter,    Lauren Newman,    FAGELHABER LLC,    55 East Monroe Street, 40th Floor,
             Chicago, IL 60603-5713
10780080   +Zarnoth Brush Works,    PO Box 141,    Chilton, WI 53014-0141
10780081   +Zep Manufacturing Company,    13237 Collection Center Drive,    Chicago, IL 60693-0132
```

```
District/off: 0752-3          User: lorsmith              Page 2 of 2                 Date Rcvd: Mar 11, 2008
Case: 06-71030                Form ID: pdf002             Total Served: 75
```

The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on Mar 12, 2008.
```
10780059       +E-mail/Text: bankrup@nicor.com                              Nicor Gas,    PO Box 416,
                Aurora, IL 60568-0001
                                                                                                TOTAL: 1
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
10780058*       New Holland Credit Co., LLC,    PO Box 2046,    Carol Stream, IL
                                                                                              TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2008**                    **Signature:**    *Joseph Speetjens*